**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 29, 2023

**BY ECF & EMAIL**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
SO ORDERED.

_____
Robert W. Lehrburger, USMJ
August 29, 2023

**Re:** **United States v. William Porter**
**23 Mag. 5822 (UA)**

Dear Judge Lehrburger:

    I write to respectfully request a modification of William Porter's bail conditions to change his address to 1314 Grand Concourse, Apt. 3D in the Bronx and replace the radio frequency monitor with a GPS location monitor. Pretrial services and the government do not object to this request.

    On August 1, 2023, Mr. Porter was presented in Magistrate Court before Judge James L. Cott. Pretrial services recommended Mr. Porter's release with conditions. The government sought home incarceration; Mr. Porter objected and a full bail hearing was held. Midway through the bail hearing, the government changed its position and requested detention. Magistrate Judge Cott ordered Mr. Porter detained.

    Immediately after the bail hearing in Magistrate Court, Mr. Porter appealed to Judge Liman, sitting in Part I. On August 2, 2023, Judge Liman ordered Mr. Porter released on the following conditions:

> $25,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the SDNY/EDNY and the District of Connecticut; surrender all travel documents with no new applications; home detention enforced by location monitoring technology at pretrial's discretion with verifiable and stationary employment preapproved by pretrial services; reside at 67 Saugatuck Avenue, Westport, CT; drug testing and treatment as directed by pretrial services; no use or unlawful possession of a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner; and no possession of a firearm/destructive devices/other weapon.

Hon. Robert W. Lehrburger

Mr. Porter was ordered released on his own signature with two weeks to comply with the conditions of the bond. He timely complied with the bond conditions.

      Since his release on August 2, 2023, Mr. Porter has been residing at the above address in Westport, CT with no reported violations. Upon moving to the home, which belongs to his brother's partner, Mr. Porter learned he would be sleeping in the living room. While Mr. Porter's family welcomed him into their home, they were under the mistaken impression that the living situation would be temporary. Now, his brother's partner has made clear that given the lack of space, she no longer wants Mr. Porter to live in the home.

      For these reasons, Mr. Porter respectfully requests that the Court modify the bond to change his address to 1314 Grand Concourse, Apt. 3D in the Bronx, to live with his fiancé and their four year old son, and replace the radio frequency monitor with a GPS location monitor. Pretrial services and the government do not object to this request.

      Thank you for your attention to this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for William Porter*

cc:    Katherine Cheng, Assistant U.S. Attorney

**SO ORDERED:**

_____
**THE HONORABLE ROBERT W. LEHRBURGER**
United States Magistrate Judge